# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: JAVIER CRUZ ORELLANA
NELLY ESTHER MUNOZ ROSARIO

Bkrtcy. No. 10-11352-BKT
Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

| | | |
|---|---|---|
| Petition Filing Date: Dec 02, 2010 | Meeting Date: Aug 30, 2011 | DC Track No. 12 |
| Days from petition date: 271 | Meeting Time: 2:00 PM | |
| 910 Days before Petition: 6/5/2008 | ☐ Chapter 13 Plan Date: Dec 02, 2010 Dkt.# 3 | ☐ Amended. |
| This is debtor(s) ___ Bankruptcy petition. | Plan Base: $6,000.00 | |
| This is the ___ Scheduled Meeting | Confirmation Hearing Date: Sep 30, 2011 | Time: 2:30 PM |
| Payment(s) ☐ Received or ☐ Evidence shown at meeting: | Ck/MO No. / Date / Amount | Total Paid In: $900.00 |

**I. Appearances:** ☐ Telephone ☐ Video Conference
- ☒ Debtor Present — ☒ ID & Soc. OK — ☐ Debtor Absent
- ☒ Joint Debtor Present — ☒ ID & Soc. OK — ☐ Joint Debtor Absent
- Debtor(s) was/were ☒ Examined ☐ Not Examined under oath.
- Attorney for Debtor(s) ☒ Present ☐ Not Present
- ☐ Substitute attorney: ☐ Pro-se.

**Creditor(s) present:** ☒ / ☐ None.
Richard Cora - Vega

**II. Attorneys Fees as per R 2016(b) Statement** Attorney of record: **CARLOS J NAZARIO***
- Total Agreed: $3,000.00
- Paid Pre-Petition: $3,000.00
- Outstanding: $0.00 THROUGH THE PLAN

**III. Trustee's will file Motion to Dismiss:** ☐ For Failure to appear; ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
- Debtor(s) Income is (are) ☐ Under ☒ Above Median Income. Liquidation Value: $23,774.00
- Commitment Period is ☐ 36 ☒ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: —0—
- The Trustee ☐ RECOMMENDS ☒ OBJECTS Plan confirmation. (1)
- §341 Meeting ☐ CONTINUED ☒ NOT HELD ☐ CLOSED ☒ HELD OPEN FOR 30 DAYS
- §341 Meeting Rescheduled for:

**V. Trustee's OBJECTIONS to Confirmation:**
- ☐ FEASIBILITY [§1325(a)(6)] ☐ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
- ☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☐ Tax returns requirements. [§1308]
- ☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**

(1) Debtor must amend tax returns 2006-2010 they were filing as individuals. Must submit 1040 PR years 2006-2009. Since we have 2010 in our system

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 2

Date: Aug 30, 2011

**ADDITIONAL OBJECTIONS / COMMENTS:**

(2) Stay was Lifted by Default in regards POC #8 debtor stated they are unable to pay the property. Must specify this statement in plan.

(3) Provide for the Lift of Stay for Reliable since vehicle is in third party possession. POC #5

(4) Debtor must eliminate School Expenses listed in Sch J. Since debtors testified their children are no longer in private school. (May be entitled to miscellaneous expenses)

(5) Include payment for Ford vehicle being paid by debtor in the name of debtors mother. Vehicle for matures during the life of the plan. Must submit maturity date of vehicle and step up payment, once vehicle matures.

(6) Amend plan to provide for the submission of yearly tax refunds until plan completion.

Trustee / Presiding Officer       Page 2 of 2       Date: Aug. 30, 2011